# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  DEBRA F. CAIN  Case Number: 04-75441
1236 W. HARRISON STREET  SSN-xxx-xx-1262
FREEPORT, IL  61032

Case filed on: 11/1/2004
Plan Confirmed on: 1/7/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $6,664.00   Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | BRIAN A. HART | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 999 | DEBRA F. CAIN | 0.00 | 0.00 | 184.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 184.00 | 0.00 |
| 001 | BLACKHAWK AREA CREDIT UNION | 306.27 | 306.27 | 306.27 | 0.00 |
| 002 | CITIFINANCIAL | 2,000.00 | 478.00 | 478.00 | 106.13 |
|  | Total Secured | 2,306.27 | 784.27 | 784.27 | 106.13 |
| 002 | CITIFINANCIAL | 7,490.73 | 9,012.73 | 0.00 | 0.00 |
| 003 | AMCORE BANK NA | 5,000.10 | 5,000.10 | 801.37 | 0.00 |
| 004 | ECAST SETTLEMENT CORPORATION | 4,296.67 | 4,296.67 | 688.63 | 0.00 |
| 005 | BLACKHAWK AREA CREDIT UNION | 968.21 | 968.21 | 155.17 | 0.00 |
| 006 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ECAST SETTLEMENT CORPORATION | 8,683.25 | 8,683.25 | 1,391.66 | 0.00 |
| 008 | SHERMAN ACQUISITION DBA | 521.55 | 521.55 | 83.59 | 0.00 |
| 009 | PORTFOLIO RECOVERY ASSOCIATES | 1,207.65 | 1,207.65 | 193.55 | 0.00 |
| 010 | FREEPORT HEALTH NETWORK/MEMORIAL | 110.00 | 110.00 | 17.63 | 0.00 |
| 011 | ECAST SETTLEMENT CORPORATION | 549.20 | 549.20 | 88.02 | 0.00 |
| 012 | ECAST SETTLEMENT CORPORATION | 550.10 | 550.10 | 88.17 | 0.00 |
| 013 | KENNETH S. STONE, D.P.M. | 545.00 | 545.00 | 87.35 | 0.00 |
| 014 | SHERMAN ACQUISITION | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | CHASE | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | AMCORE BANK NA | 1,511.20 | 1,511.20 | 242.20 | 0.00 |
| 017 | FREEPORT HEALTH NETWORK/MEMORIAL | 864.00 | 864.00 | 138.47 | 0.00 |
|  | Total Unsecured | 32,297.66 | 33,819.66 | 3,975.81 | 0.00 |
|  | Grand Total: | 35,803.93 | 35,803.93 | 6,144.08 | 106.13 |

Total Paid Claimant:  $6,250.21
Trustee Allowance:  $413.79
Percent Paid Unsecured:  11.76

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/29/2008    By  /s/Heather M. Fagan